IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE  LEWIS  T.  BABCOCK

_____

| Courtroom Deputy: LaDonne Bush | Date: March 4, 2011 |
|---|---|
| Court Reporter: Tracy Weir | Probation: Gary Kruck |

_____

| Criminal Action No. 10-cr-00511-LTB-2 | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Mark Barrett |
| Plaintiff, | |
| v. | |
| 2. CRYSTAL SMITH, | Kirk Brush |
| Defendant. | |

_____

COURTROOM MINUTES - SENTENCING
_____

9:31 a.m.     Court in session.

Defendant is present and in custody.

> Defendant plead guilty to the second count of the Indictment on December 21, 2010.

Statements by counsel and Defendant.

**ORDERED**: Defendant Crystal Smith's Sentencing Motion (Doc. 42) is moot.

Mr. Barrett states that, by the end of the day, he will file a motion for a three-level reduction and a motion to dismiss the other counts.

**ORDERED**:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 months.

Court recommends that the Bureau of Prisons place Defendant at a facility with a drug program and that Defendant participate in th RDAP program.

**ORDERED**: Upon release from imprisonment, Defendant shall be placed on supervised release for a period of three years.

**ORDERED**: Conditions of supervised release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at two periodic drug tests thereafter.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of supervised release:
- (X) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as Defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant shall pay for the cost of treatment as directed by the probation officer.
- (X) Defendant shall participate in and successfully complete a program of mental health treatment as approved by the probation officer until such time as Defendant is released from the program by the probation officer. Defendant shall pay the cost of treatment as directed by the probation officer. The probation officer is authorized to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.
- (X) Defendant shall not ingest alcohol throughout the period of supervised release.
- (X) Defendant shall remain medication compliant and shall take all medications that are prescribed by a treating psychiatrist, and Defendant shall cooperate with random blood tests as required by a treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of prescribed medications is maintained.

**ORDERED:**   Defendant shall pay a special assessment fee of $100 which is due and payable immediately.

**ORDERED:**   Fine is waived because Defendant has no ability to pay a fine.

Defendant advised of right to appeal.

Court recommends 82 days of credit for time served.

Court recommends the facility in Dublin, California, which has the RDAP program and mental health counseling.

Defendant is remanded to the custody of the United States Marshal.

9:50 a.m      Court in recess.

Hearing concluded
Time: 00:19