## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00511-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.**     **CRYSTAL SMITH**,

    Defendant.

## ORDER

Came on this date to be considered the motion of the United States to grant the defendant an additional level downward for acceptance of responsibility and, pursuant to the plea agreement, to dismiss Count Three of the Indictment. The court finds there are good grounds to grant the motion. THEREFORE,

IT IS ORDERED, that the defendant is granted the additional level downward for acceptance of responsibility and count three of the indictment against this defendant is hereby dismissed.

IT IS SO ORDERED on this  7th  day of March 2011.


        s/Lewis T. Babcock
        LEWIS T. BABCOCK
        SENIOR UNITED STATES DISTRICT COURT JUDGE